<u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983</u>

Name **CARTER** **MARKEE** **D.**
    (Last)        (First)        (Initial)

Prisoner Number **E.57454**

Institutional Address **SAN QUENTIN STATE PRISON**

**FILED SEP 20 2013 RICHARD W. WIEKING CLERK, U.S. DIST. COURT NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MARKEE D. CARTER**
(Enter the full name of plaintiff in this action.)

vs.

BRAD SMITH, PHILIP EARLEY, GARY LOREDO,
JOE DOBIE, LUU T. ROGERS, JEREMY YOUNG,
JOHN WALKER, K. DAVIS; ELIZABETH BABCOCK;

(Enter the full name of the defendant(s) in this action)

Case No. **CV 13 4373 PSG (PR)**
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.    Place of present confinement **San Quentin State Prison**

    B.    Is there a grievance procedure in this institution?

        YES (x)    NO ( )

    C.    Did you present the facts in your complaint for review through the grievance procedure?

        YES (x)    NO ( )

    D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT        - 1 -

1. Informal appeal __Bypass__

2. First formal level __Sept. 4, 2012 Original appeals Coordinator Ira J. Tate, Appeal Number 6-12-01998__

3. Second formal level __8/29/12, Brad Smith. Original Partially (Granted) appeal. Then heback dated it to make it appear that it took place on 8/27/2012.__

4. Third formal level __J.D Lozano, Chief Office of Appeals, dated October 29, 2012.__

E. Is the last level to which you appealed the highest level of appeal available to you?

      YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. __N/A__

II. Parties.

    A. Write your name and your present address. Do the same for additional plaintiffs, if any.

__San Quentin State Prison, San Quentin, CA, 94974. CAL-PIA Industry Employee in mattress &Bedding factory__

    B. Write the full name of each defendant, his or her official position, and his or her place of employment.

__Branch Manger, Brad Smith, Lead Manger, Philip Early.__

COMPLAINT         - 2 -

Gary Loredo, Supervisor: Joe Dobie, Supervisor Jeremy Young, Indust.Supervisor: M&R,LUU T Rogers, Hazmat Material Specialist, Elizabeth Babcock; and Correctional Officer K.A.davis,and Health & Safety Manger, John Walker.

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Between the date of 5/9/2012,until 6/6/12 defendant Joe Dobie, violated State & Federal Regulations when defendant Joe dobie, failed to follow regulations required as a Supervisor to provide employee MARKee CARteR with personal protective equipment during inventory. Supervisor Joe Dobie, instructed planiff to remove lead base paint from the windows, and wall panals down to bare metal; Also, Joe Dobie had plaintiff working in a dangerious,and hazadous environment while "inmate employees, used high pressure washer's to clean high beam & steam line pipes in cased with (Asbestos).At no time was proper training ever given, and at no time was plaintiff,given proper training nor given protective clothing, respirator apparatus or reasonable measures of protection in work related area while said

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

To include that CAl-PIA Industry, cover any,and all future medical cost for treatment that is deem related to any,and all diseases,andor conditions such as my continued eye problems: and breathing problems caused by my years of breathing,

COMPLAINT                           - 3 -

STATEMENT OF CLAIM Continued)

work was being done for the protection against friable asbestos exposure in CAL-PIA mattress & bedding factory located at San Quentin, State Prison.

I've suffered and continue to incur acute and chronic eye problems, chest pains, coughing, and headaches. Defendant Joe Dobie acted with deliberate indifference to my health & safety by depriving me the basic human need of protection from Asbestos and Lead exposure.

These Hazardous conditions at CAl-PIA Mattress, & Bedding Factory at San Quentin State Prison have been longstanding, pervasive, well documented, and expresly noted by others CAL-PIA Officals, and Defendant Joe Dobie had fore knowledge and knew about these risk yet failed to warn me of the substantial risk of serious harm to my heath.

        Falsification or making Intentionally misleading statements in Officals reports/records of the extent decree of dangerous and/or hazardous exposure to employee in a workers compensation claim.

Defendant Gray Loredo (PIA Supervisor) and defendant Philip Earley (PIA) Manger intentionlly with forethought attempted to minimize the severity of the exposure by failing to disclose/enter onto the Worker's Compensation form exposure to asbestos failure to fully disclouse resulted in a "fraudulent and/or Incomplete Worker's Compensation Claim baring the defendant of addressing this issue if discovered in the future of asbestos related complications as a claim

Relief cont 3

Asbestos particles that causes the suffering of Mesotheloma over the passing of time

1  The conditions in CA1-PIA here at San Quentin Prison
2  have not improved, and I MaRKee CaRteR continue to have
3  irritation of the eyes, and breathing problems, with the
4  threat of being fired from my job if I complain

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this 11 day of 9 , 20 13

9  X _Markee Dion Carter_
         (Plaintiff's signature)

COMPLAINT                     - 4 -

**Name to seek:** markee Carter

[Get Info] [Menu]

| Case | Judge | Title | First | Middle | Last | Filed | NOS |
|---|---|---|---|---|---|---|---|
| 3:06-cv-07398-SI | SI | Carter v. Ayers | Markee | | Carter | 12/4/2006 | 530 |



N. Lee    9-13-13

RECEIVED
SEP 18 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA