Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
1981 N Broadway. Ste 210
Walnut Creek, CA 94596
(925) 906-0100
mmg@hudginslaw.com

Attorneys for Defendants P. Earley, G. Loredo, and J. Dobie

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Markee D. Carter | ) Case No.: 3:13-cv-04373-EMC |
| Plaintiff, | ) **NOTICE OF CHANGE OF ADDRESS** |
| vs. | ) |
| Brad Smith. et al. | ) |
| Defendants. | ) |

Please take notice, as of November 6, 2015, defense counsel's new address of record is: 1981 North Broadway, Suite 210, Walnut Creek, California 94596.

Dated:  November 6, 2015          LAW OFFICES OF NANCY E. HUDGINS

*/s/ Matthew M .Grigg*
Matthew M. Grigg
Attorneys for Defendants P. Earley, G. Loredo, and J. Dobie