UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 13-cv-01227-EMC (JCS)

Related Cases: 13-cv-4102 EMC (JCS); 13-cv-4373 EMC (JCS); 13-cv-4456 EMC (JCS) 13-cv-4571 EMC (JCS); 14-cv-00340 EMC (JCS) & 14-cv-3153 EMC (JCS)

**Case Name:** Terry v. Smith
**Related Cases:** Spells v. Smith; Carter v. Smith; Arnold v. Smith; Beyett v. Smith; Hirscher v. Smith & Beyett v. Smith

**Date:** November 18, 2015        **Time:** 5 H 10 M

**Deputy Clerk:** Karen Hom         **Court Reporter:** Sealed FTR 2:31-2:39

**Attorney for Plaintiff:** Dylan Ballard, Nadezhda Nikonoa & Amar Naik
**Attorney for Defendant:** Matt Grigg - for all Dfts except Dft Young; Ken Williams - Dft Young

## PROCEEDINGS

(X)    Settlement Conference - Held

    (X) Cases Settled     ( ) Cases Did Not Settle     ( ) Partial Settlement

( )    Further Settlement Conference

    ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )    Telephonic Scheduling/Settlement Conference

( )    Discovery Conference – Lead Trial Counsel Meet and Confer

( )    Status Conference

( )    Other

**Notes:**   The following five (5) cases settled:  13-cv-4102 EMC Spells v. Smith; 13-cv-4373 EMC Carter v. Spells; 13-cv-4571 EMC Beyett v. Smith; 14-cv-0340 EMC Hirscher v. Smith; 13-cv3153 EMC Beyett v. Smith.  A confidential settlement was placed on the record.