Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
LAW OFFICES OF NANCY E. HUDGINS
1981 N. Broadway, Ste. 210
Walnut Creek, CA 94596
925-906-0100
mmg@hudginslaw.com

Attorneys for Defendants Joe Dobie, Philip Earley,
Gary Loredo and Brad Smith

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEE CARTER,<br><br>  Plaintiff,<br><br>v.<br><br>BRAD SMITH, et al.,<br><br>  Defendants.<br><br>AND RELATED ACTIONS:<br>• *Spells v. Smith, et al.*, No. 13-4102-EMC<br>• *Hirscher v. Smith, et al.*, No 14-0340-EMC<br>• *Beyett v. Smith, et al.*, No. 14-3153-EMC | Case No.: 13-cv-04373-EMC<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Accompanying Papers:**<br>1. Declaration of Counsel |

Defendants Dobie, Earley, Loredo, and Smith pursuant to Northern District Local Rule 7-11 and 79-5, respectfully request permission to file under seal Paragraph 2 of the order portion of the stipulation attached to the accompanying Grigg Declaration as Exh. A. Good cause exists to permit filing of said paragraph under seal because:

1. it reflects confidential settlement terms,
2. sealing promotes settlements in general by allowing parties to enter into confidential settlements,
3. the transcript of the settlement proceedings reflecting these settlement terms previously was placed under seal by Magistrate Judge Spero (*see* Doc. 68-8), and

4. sealing this paragraph is necessary to file the stipulation and proposed order which, in turn, appears necessary to finalize the settlement of the four lawsuits at issue. Grigg Decl., ¶2.

Respectfully submitted:

Dated: March 18, 2016

LAW OFFICES OF NANCY E. HUDGINS

/s/ Matthew M. Grigg

Matthew M. Grigg
Attorney for Defendants Joe Dobie, Philip Earley, Gary Loredo, and Brad Smith