Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
LAW OFFICES OF NANCY E. HUDGINS
1981 N. Broadway, Ste. 210
Walnut Creek, CA 94596
925-906-0100
mmg@hudginslaw.com

Attorneys for Defendants Joe Dobie, Philip Earley, Gary Loredo and Brad Smith

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>BRAD SMITH, et al.,<br><br>    Defendants.<br><br>AND RELATED ACTIONS:<br><br>• *Spells v. Smith, et al.*, No. 13-4102-EMC<br>• *Hirscher v. Smith*, *et al.*, No 14-0340-EMC<br>• *Beyett v. Smith, et al*., No. 14-3153-EMC | Case No.: 13-cv-04373-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE RECORDS UNDER SEAL** |

This Court, having considered Defendants' request to file under seal the damages awarded to Plaintiff, and good cause appearing therefore, IT HEREBY ORDERED:

Defendants request to file settlement order under seal is GRANTED. Defendants shall file this settlement order no later than _____, 2016.

IT IS SO ORDERED.

Dated:_____                              _____
                                                     HONORABLE

*Carter v. Smith, et al.*                                                    Case No.: 3:13-cv-04373
(Proposed) Order to File Under Seal                                   Carter/p/ordertofilunderseal 16c18