**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1  Nancy E. Hudgins, SBN 85222
   Matthew M. Grigg, SBN 195951
2  LAW OFFICES OF NANCY E. HUDGINS
3  1981 N. Broadway, Ste. 210
   Walnut Creek, CA 94596
4  925-906-0100
   mmg@hudginslaw.com
5

6  Attorneys for Defendants Joe Dobie, Philip Earley, Gary Loredo and Brad Smith

7

8  UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

9

10 MARKEE CARTER,                          ) Case No.: 13-cv-04373-EMC
                                           )
11     Plaintiff,                          ) STIPULATION AND [PROPOSED]
                                           ) ORDER RE SETTLEMENT AND
12 v.                                      ) DISMISSAL
                                           )
13 BRAD SMITH, et al.,                     )
                                           )
14     Defendants.                         )
                                           )
15 AND RELATED ACTIONS:                    )
                                           )
16 • *Spells v. Smith, et al.*, No. 13-4102-EMC  )
                                           )
17 • *Hirscher v. Smith, et al.*, No 14-0340-EMC )
                                           )
18 • *Beyett v. Smith, et al.*, No. 14-3153-EMC  )
                                           )
                                           /
19

20     To avoid further litigation, and with the aim of fully and finally resolving this litigation, the
21 parties respectfully request that the Court enter the order set forth below.
22     To explain, the four plaintiffs (all San Quentin inmates) brought these lawsuits against five
23 California Prison Industry Authority (CALPIA) employees. The parties reached a settlement
24 agreement during a November 18, 2015 settlement conference with Magistrate Judge Spero. The
25 parties subsequently attempted – unsuccessfully – to embody the November 18 oral agreement's
26 terms, with some revisions, in a written agreement. On March 11, Plaintiffs filed a motion to
27 enforce the November 18 agreement, which motion is set for hearing on April 21. Defendants and
28 non-party CALPIA agree with Plaintiffs that, at this point, the November 18 agreement should be

*Carter v. Smith, et al.*
Stip. Re Settlement & Dismissal

1

Case No. 3:13-cv-04373
Carter/p/StipReSett 16c14

deemed binding. However, in the absence of a settlement agreement signed by all Plaintiffs, CALPIA requires a document signed by the Court reflecting payment terms to make payments.

Through counsel, the parties and CALPIA thus stipulate to the order set forth below.

SO STIPULATED:

Dated: March 16, 2016  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Dylan I. Ballard
Dylan I. Ballard
Attorneys for Plaintiffs
Markee D. Carter, Evert Spells, Norman Hirscher,
and Lynn Charles Beyett

Dated: March 16, 2016  LAW OFFICES OF NANCY E. HUDGINS

/s/ Matthew M. Grigg
Matthew M. Grigg
Attorneys for Defendants
Joe Dobie, Philip Earley,
Gary Loredo, and Brad Smith

Dated: March 16, 2016  /s/ Kenneth R. Williams
Kenneth R. Williams
Attorney For Defendant Jeremiah Young

Dated: March 16, 2016  /s/ Jeff Sly
Jeff Sly
General Counsel
California Prison Industry Authority

*The filer of this stipulation hereby attests that the other signatories have consented to its filing.

*Carter v. Smith, et al.*
Stip. Re Settlement & Dismissal

2

Case No. 3:13-cv-04373
Carter/p/StipReSctt 16c14

*Carter v. Smith, et al.*

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court hereby orders:

1. All parties shall fulfill their obligations under the November 18, 2015 settlement agreement without the need for a written version of the agreement.

2. 
   a. 
   b. 
   c. 
   d. 

3. Consistent with the Court's prior order (Dkt. No. 55), Sheppard, Mullin, Richter & Hampton LLP's limited scope pro bono representation of Plaintiffs has concluded.

4. These four lawsuits are hereby dismissed in their entirety with prejudice, with the parties each to bear their own costs and fees.

IT IS SO ORDERED:

Dated: March ___, 2016

_____
EDWARD M. CHEN
United States District Judge

*Carter v. Smith, et al.*
Stip. Re Settlement & Dismissal

3

Case No. 3:13-cv-04373
Carter/p/StipReSett 16c14